James E. Egan
Attorney at Law
21 N. Cascade Street
Kennewick, WA 99336
(509) 586-3091

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CECIL R. BERRY, a single individual,<br><br>    Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>    Defendant. | Cause No. 4:16-CV-05006-SAB<br><br>**DECLARATION OF JAMES EGAN** |

STATE OF WASHINGTON )
                     :ss.
County of Benton     )

I, James E. Egan hereby declare that the attached is a true and correct copy of the Insurance Commissioner's Certificate of Service which states that it has accepted service of the Summons; Complaint; and Civil Case Schedule Order for New York Life Insurance Company.

Dated this 27th day of January, 2016.

s/James Egan
James E. Egan, WSBA # 3393
Attorney for Plaintiff

DECLARATION OF JAMES EGAN - 1

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Tim D. Wackerbarth and Andrew G. Yate, Attorney's for New York Life Insurance Company.

s/James Egan<br>
James E. Egan, WSBA # 3393<br>
Attorney for Plaintiff

**DECLARATION OF JAMES EGAN - 2**

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF BENTON

| | | |
|---|---|---|
| CECIL R. BERRY, a single individual, | ) ) | |
| Plaintiff, | ) ) ) | NO. 16-2-000042-5 |
| vs. | ) ) | INSURANCE COMMISSIONER'S |
| | ) | CERTIFICATE OF SERVICE |
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

THIS IS TO CERTIFY that the Insurance Commissioner of the State of Washington has accepted service of

*SUMMONS; COMPLAINT; CIVIL CASE SCHEDULE ORDER*

in the above-mentioned matter on JANUARY 19, 2016, on behalf of and as statutory attorney for

*NEW YORK LIFE INSURANCE COMPANY*

an authorized foreign or alien insurer, and has forwarded a duplicate copy thereof to said insurance company pursuant to RCW 48.02.200 and 48.05.200.

ISSUED AT OLYMPIA, WASHINGTON: JANUARY 19, 2016

Certification No: 70150640000107661930

Tracker ID: 13851

MIKE KREIDLER
Insurance Commissioner

By
*/s/ Barb Bowen*
Barb Bowen
Service of Process Coordinator

| Original to: | Copy to: |
|---|---|
| James E. Egan, P.S.<br>James E. Egan, P.S.<br>21 N. Cascade Street<br>Kennewick, WA 99336 | NEW YORK LIFE INSURANCE COMPANY<br>ROBERT KARMEN<br>51 MADISON AVE, ROOM 10SB<br>NEW YORK, NY 10010 |

Tracker ID: 13851