UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CECIL R. BERRY, | |
| Plaintiff, | No. 4:16-cv-05006-SAB |
| v. | |
| NEW YORK LIFE INSURANCE | **ORDER DENYING** |
| COMPANY, | **STIPULATED MOTION FOR** |
| Defendant. | **PROTECTIVE ORDER** |

Before the Court is the parties' Stipulation and Protective Order, ECF No. 20. The motion was heard without oral argument.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery, and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Protective Order, ECF No. 20, is **DENIED**.

**ORDER DENYING**
**STIPULATED MOTION FOR PROTECTIVE ORDER ~ 1**

1    **IT IS SO ORDERED.** The District Court Executive is hereby directed to

2  file this Order and provide copies to counsel.

3    **DATED** this 24th day of October, 2016.

4

5

6

7

8                                    Stanley A. Bastian
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DENYING**
**STIPULATED MOTION FOR PROTECTIVE ORDER** ~ 2