UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CECIL R. BERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>    Defendant. | No. 4:16-cv-05006-SAB<br><br>**ORDER DISMISSING ACTION** |

Before the Court is the parties' Stipulation For Order of Dismissal with Prejudice and Without Costs, ECF No. 22. The parties ask that Plaintiff's claims in this action be dismissed with prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation For Order of Dismissal with Prejudice and Without Costs, ECF No. **22, is GRANTED**.

2. The above-caption action is **dismissed** with prejudice and without costs to either party.

//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

1 **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2 file this Order, provide copies to counsel, and close the file.
3     **DATED** this 12th day of December, 2016.



                        _____
                            Stanley A. Bastian
                            United States District Judge

**ORDER DISMISSING ACTION** ~ 2